AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re DMCA Subpoena to Amazon Web Services, Inc )<br>*Plaintiff* )<br>v. )<br> )<br> )<br>*Defendant* ) | Civil Action No. 3:21-mc-80073-SK |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:  Amazon Web Services, Inc.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Attachment 1.

| Place: MARSHALL SUZUKI LAW GROUP, LLP<br>230 California Street, Suite 415<br>San Francisco, CA 94111 | Date and Time:<br>April 30, 2021 at 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/6/2021

SUSAN Y. SOONG
*CLERK OF COURT*

_____   OR   _____
Thelma Nudo
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Shueisha Inc. , who issues or requests this subpoena, are:
Junji Suzuki, Esq.; MARSHALL SUZUKI LAW GROUP, LLP, 230 California Street, Suite 415, San Francisco, CA 94111; junji@marshallsuzuki.com; (415) 618-0090

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:21-mc-80073-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of indi idual and title if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena une ecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day s attendance, and the mileage allowed by law, in the amount of

_____ .

My fees are _____ for travel and _____ for services, for a total of 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Ser er's signature*

_____
*Printed name and title*

_____
*Ser er's address*

Additional information regarding attempted service, etc.:

Case 3:21-mc-80073-SK   Document 3   Filed 04/06/21   Page 3 of 7

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page  )

### Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  (i) disclosing a trade secret or other confidential research, development, or commercial information; or

  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# ATTACHMENT 1

**REQUEST FOR PRODUCTION**

All information sufficient to identify the operator and/or owner of each of the website located at https://mangabank.org/, https://ssl.akkx.net/, respectively (collectively as the "Infringers") who uploaded, hosted, and/or contracted with other provider to host the infringing content identified under the columns entitled as "Infringing Work", as specified in Exhibit A to the notice dated March 24, 2021 by Shueisha Inc., attached to this subpoena, from any and all sources, including but not limited to billing or administrative records that prove the following information used by each of the Infringers, along with time-stamp, from the time of user registration and to date: the name(s); the last known address(es); last known telephone and/or cell phone number(s); any and all email address(es); account number(s); credit card numbers; billing information; hosting provider(s); server(s); any other contact information; and any and all logs of IP address(es).

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL  ＋８１－３－３３５３－３５２１
FAX  ＋８１－３－３３５６－９２２８
MAIL  abuse@flex-law.gr.jp
Attorney for Shueisha Inc.

March 24, 2021

<u>**Via Email**</u>
Copyright Agent/Amazon Web Services, Inc.
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
Phone: (206) 266-4064
Email: abuse@amazonaws.com

    RE:    <u>**NOTIFICATION OF COPYRIGHT INFRINGEMENT**</u>
                **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

     I represent Shueisha Inc., a Japanese corporation (hereinafter called "Shueisha "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

     It has recently come to Shueisha 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://mangabank.org/,https://ssl.akkx.net/ more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

     Shueisha has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

     We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from https://mangabank.org/,https://ssl.akkx.net/,or any of your system or services.

March 24, 2021
2 of 3

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that Shueisha and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

Exhibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | キングダム(KINGDOM) | 原泰久(Yasuhisa Hara) | https://youngjump.jp/kingdom/comics/ | https://mangabank.org/8521845/ | キングダム |
| 2 | キングダム(KINGDOM) | 原泰久(Yasuhisa Hara) | https://youngjump.jp/kingdom/comics/ | https://mangabank.org/9123660/ | キングダム |
| 3 | キングダム(KINGDOM) | 原泰久(Yasuhisa Hara) | https://youngjump.jp/kingdom/comics/ | https://ssl.akkx.net/wp-content/uploads/2021/01/1/e9b6ebafea5695c3bedaee01231e8e32-750x1059.jpg | キングダム |
| 4 | キングダム(KINGDOM) | 原泰久(Yasuhisa Hara) | https://youngjump.jp/kingdom/comics/ | https://ssl.akkx.net/wp-content/uploads/2021/03/aa/776d9829ae7953a99b16276366cb0238-750x1059.jpg | キングダム |
| 5 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mangabank.org/9135807/ | ONE PIECE |
| 6 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mangabank.org/9066104/ | ONE PIECE |
| 7 | ONE PIECE | 尾田 栄一郎(Eiichiro Oda) | https://www.shonenjump.com/j/rensai/onepiece.html | https://mangabank.org/9023173/ | ONE PIECE |
| 8 | 僕のヒーローアカデミア(My Hero Academia) | 堀越耕平(Kohei Horikoshi) | https://www.shonenjump.com/j/rensai/myhero.html | https://mangabank.org/8315864/ | 僕のヒーローアカデミア |

**EXHIBIT A**